IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JEREMIAH A. DENNEY,<br><br>                Defendant. | **8:11CR185**<br><br>**ORDER** |

      Defendant Jeremiah A. Denney appeared before the court on Monday, November 24, 2014 on a Second Petition for Warrant or Summons for Offender Under Supervision [54].  The defendant was represented by Assistant Federal Public Defender Karen M. Shanahan, and the United States was represented by Assistant U.S. Attorney Susan T. Lehr on behalf of Douglas R. Semisch.  The government did not request detention therefore, the Defendant was not entitled to a preliminary examination.  The defendant was released on current terms and conditions of supervision. Additionally, the Court ordered the defendant to comply with the conditions set forth by the Court and Probation by December 22, 2014.  A Detention Hearing was set for December 22, 2014, and the defendant was notified that if he complied with the conditions set forth by the Court and Probation that the Detention Hearing would be cancelled.

      I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Bataillon.

      IT IS ORDERED:

      1.    A final dispositional hearing will be held before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on January 22, 2015 at 8:30 a.m. Defendant must be present in person.

      2.    The defendant is released on current conditions of supervision.

      Dated this 24th day of November, 2014

                                                      BY THE COURT:

                                                      s/ F.A. Gossett, III
                                                      United States Magistrate Judge